UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AMIE M. ADAMS,<br>    Plaintiff,<br>vs.<br><br>THE HARTFORD, HARTFORD LIFE<br>AND ACCIDENT INSURANCE<br>COMPANY,<br>    Defendant. | File No. 4:10-cv-00375-JEG-CFB<br><br><br>**AMENDED<br>PETITION AT LAW** |

COMES NOW the Plaintiff, Amie M. Adams and for her cause of action states to the Court as follows:

1. That Amie M. Adams resides at 909 Mill Street, Eddyville, Wapello County, Iowa.

2. That the Estate of Brian L. Adams, the late husband of Amie M. Adams, is pending the Iowa District Court, in and for Wapello County, Iowa, being ESPR005851.

3. That at the time of his death, Brian L. Adams was employed by Alliant Energy Corporation and was provided life insurance through the Hartford Group Benefits, Hartford Life and Accident Insurance Company, being policy number 83-ADD-S05172.

4. That Brian L. Adams died as a result of injuries from a one vehicle accident at the railroad overpass on Power Plant Road near Chillicothe, Wapello County, Iowa, on June 15, 2008.

5. That the Defendant, The Hartford, Hartford Life and Accident Insurance Company, has as its address of P.O. Box 2999, Hartford CT 06104-2999.

6. That Plaintiff is the surviving spouse of the decedent, Brian A. Adams.

7. The Plaintiff is the beneficiary under said policy number 83-ADD-S05172 which provides death benefits to the Plaintiff as beneficiary and also provides survivor benefits to Plaintiff as the decedent's surviving spouse.

8. Plaintiff has made demand for payment under the terms of the policy of insurance and the Defendant has refused to pay.

9. That said policy claims no other exclusion and specifically does not contain an exclusions based on "Injury sustained as a result of being intoxicated".

10. That Defendant has failed to pay Plaintiff's claim for death benefits and Plaintiff is entitled to judgment against the Defendant for $387,000.00 with interest from June 15, 2008.

11. That said policy additionally provided for a survivor benefit of .5% of principal fund to be paid over a twelve month period which has not been paid, said benefits being in the amount of $19,350.00.

12. That the Plaintiff should be awarded reasonable attorney fees incurred in this matter.

WHEREFORE, Plaintiff prays for judgment against Defendant for $406,350.00 with interest from June 15, 2008, reasonable attorney fees incurred by the Plaintiff in this matter and costs of this action.

Dated this __14th__ day of March, 2011.

_____  
Greg A. Life      AT0004766  
LIFE LAW OFFICE  
102 First Avenue East  
Oskaloosa, Iowa 52577  
Ph. 641-673-8676  
Fax: 641-672-2382  
Email: lifelaw@mahaska.org  
ATTORNEY FOR PLAINTIFF

_____  
Randall C. Stravers  
STRAVERS LAW FIRM  
110 North Market  
Oskaloosa, IA 52577  
Ph. 641-673-9451  
Fax: 641-673-3502  
Email: stravers@pcsia.net  
ATTORNEY FOR PLAINTIFF

STATE OF IOWA, MAHASKA COUNTY, ss:

I, Amie M. Adams, after being first duly sworn on oath, depose and state that I am the Plaintiff in the above and foregoing Amended Petition-at-Law, that I have read the same and the allegations therein contained are true as I verily believe.

_____  
Amie M. Adams, Plaintiff

Subscribed and sworn to before me on this __8th__ day of March, 2011, by Amie M. Adams.

_____  
Notary Public